IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


DOUGLAS CHAUNCEY WILLIAMS


VS.                                               CRIMINAL NO. 2:16-cr-10-KS-MTP


UNITED STATES OF AMERICA

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion for Reconsideration [75] filed by Douglas Chauncey Williams. The Court has considered the Motion and finds that it is without merit for the reasons previously states in its Order Denying Motion for Leave to Appeal In Forma Pauperis [74]. Also, the pending Motion for Discovery [71] remains on the docket but the Court finds that it is MOOT and it should be removed from the active motion docket.

SO ORDERED this the __19th__ day of April, 2019.


                                                  __s/Keith Starrett__
                                               UNITED STATES DISTRICT JUDGE